UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

      - against -

CLEOTILDE VASQUEZ, *also known as*
CLEOTILDE DRAGANIDES, *doing business
as* LA PARRANDA, and LA PARRANDA
MEXICANA BAR & RESTAURANTE CO.,
INC., *doing business as* LA PARRANDA,

                Defendants.
-------------------------------------------------------- x

**ORDER**
Case No. 20-CV-2030

DEARIE, District Judge

      There being no objections to Magistrate Judge Gold's Report & Recommendation dated December 27, 2020, recommending that Defendants Cleotilde Vasquez and La Parranda be held jointly and severally liable, that Plaintiff G&G Closed Circuit Events, LLC be awarded $11,000 in damages and $603.52 in costs, and that Plaintiff's request for attorney's fees, investigative fees, and prejudgment interest be denied, the Court adopts the Report & Recommendation without reservation.

SO ORDERED.

Dated: Brooklyn, New York
       January 14, 2021

                                        /s/ Raymond J. Dearie
                                        RAYMOND J. DEARIE
                                        United States District Judge